UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

**NANKANG RUBBER TIRE CORP., LTD.,**

                     **Plaintiff,**

v.

**UNITED STATES,**

                     **Defendant.**

**S U M M O N S**
Court No. 21-00445

**TO:**   The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Nankang Rubber Tire Corp., Ltd. ("Nankang") is a foreign producer and exporter of subject merchandise from Taiwan who participated as a respondent in the proceeding before the U.S. International Trade Commission ("USITC") that resulted in the contested determination. Nankang was an interested party in the underlying proceeding within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Accordingly, Nankang has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2. Nankang contests the USITC's final affirmative injury determination with respect to Taiwan in the investigation of passenger vehicle and light truck ("PVLT") tires from Korea, Taiwan, Thailand, and Vietnam, as published in *Passenger Vehicle and Light Truck Tires from Korea, Taiwan, Thailand, and Vietnam*, 86 Fed. Reg. 37,764 (USITC July 16, 2021). In its final affirmative determination, the USITC concluded that an industry in the United States was materially injured by reason of imports of PVLT tires that had been found by the U.S. Department of Commerce to be sold at less than fair value from Korea, Taiwan, and Thailand, and to be subsidized by the government of Vietnam.

(Brief description of contested determination)

3. The USITC issued its Final Determination on July 12, 2021, and published notice of the determination in the Federal Register on July 16, 2021.

　　(Date of determination)

4. The USITC published its Final Determination in the Federal Register on July 16, 2021. See 86 Fed. Reg. at 37764. The related antidumping duty order was published on July 19, 2021. See *Passenger Vehicle and Light Truck Tires from the Republic of Korea, Taiwan, and Thailand*: Antidumping Duty Orders and Amended Final Affirmative Antidumping Duty Determination for Thailand, 86 Fed. Reg. 38011 (Dep't of Commerce July 19, 2021).

　　(If applicable, date of publication in Federal Register of notice of contested determination)

Nancy A. Noonan
Arent Fox LLP
1717 K Street, NW
Washington, D.C. 20006
202.857.6479
nancy.noonan@arentfox.com

*Counsel to Nankang Rubber Tire Corp., Ltd.*

　　/s/ **Nancy A. Noonan**
Signature of Plaintiff's Attorney

　　August 18, 2021
Date

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)